Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Joseph Dean Valdez

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| JOSEPH DEAN VALDEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No.: 1:14-cv-00771-GSA<br><br>ORDER OF DISMISSAL<br><br>(Doc. 11) |

Based on the parties' stipulation of dismissal, the above captioned matter is dismissed with prejudice pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). Each party shall bear its own fees, costs, and expenses. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 29, 2014**                    **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE

-1-